FILED

2017 SEP 27 PM 1: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DEREK BESS,

    Plaintiff,

vs.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.

Case No.: 2:17-cv-535-FtM-38CM

**COMPLAINT AND DEMAND FOR JURY TRIAL**

---

Plaintiff, Derek Bess, ("Plaintiff"), by and through undersigned counsel, hereby sues Defendant, Dynamic Recovery Solutions, LLC ("Defendant"), and alleges as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of 15 USC §1692, *et. seq.*, the Fair Debt Collection Practices Act ("FDCPA"), a strict liability statute which prohibits debt collectors from engaging in abusive, deceptive and unfair collections practices, and the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 ("FCCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 USC §1331 and 15 USC §1692k(d) and supplemental jurisdiction pursuant to 28 U.S.C. §1367.

3. Venue is proper in this district under 28 USC §1391(b).

## PARTIES

4. Plaintiff is a natural person, who at all relevant times has resided in the in the city of Lehigh Acres, Lee County, state of Florida, and is a "consumer" as defined by 15 USC §1692a(3), who is otherwise *sui juris*.

5. Defendant is a corporation doing business in the state of Florida, with its corporate mailing address as 135 Interstate Blvd., Greenville, SC 29615, and is a "debt collector" as defined by 15 USC §1692a(6).

## FACTUAL STATEMENT

6. Upon information and belief, on a date better known to Defendant, Dynamic Recovery Solutions, LLC was assigned an alleged consumer debt for collection from Plaintiff.

7. The alleged debt arose out of a transaction in which money, property, insurance or services, which are the subject of the transaction, were primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. §1692a(5).

8. In October 2016, Defendant began calling Plaintiff's work phone number in an attempt to collect the alleged debt. The phone number Defendant called was (239) xxx-2833, which is Plaintiff's cell phone that he uses for work.

9. Specifically, on October 5, 2016, at 6:53 p.m., Plaintiff called Defendant and advised that they were not to contact him on his cell, (239) xxx-2833, which is his work phone.

10. Despite the request, Defendant contacted Plaintiff at his work phone on October 17, 2016 at 9:04 a.m.

11. As such, Defendant called Plaintiff in an attempt to collect an alleged debt, at a time that was known, or should have been known, to be inconvenient to Plaintiff, the consumer.

Defendant's actions constitute a violation of the FDCPA for which Plaintiff has been damaged and is entitled to relief.

## COUNT I
### VIOLATION OF THE FAIR DEBT COLLECTIONS PRACTICES ACT
### 15 U.S.C. § 1692c(a)(1), 15 U.S.C. §1692d, 15 U.S.C. §1692d(5) and 15 U.S.C. §1692f

12. Plaintiff repeats and realleges the prior statements as if specifically set forth herein.

13. Defendant made a call to Plaintiff's work phone on October 17, 2016, after being advised by Plaintiff on October 5, 2016 to cease all communication to his work phone.

14. Defendant's actions are in violation of 15 U.S.C. §1692c(a)(1), which prohibits communicating with the consumer at an unusual time or place known, or which should be known, to be inconvenient to the consumer.

15. Defendant's actions are in violation of 15 U.S.C. §1692f which prohibits the use of any unfair or unconscionable means to collect or attempt to collect any debt.

16. Defendant's actions are in violation of 15 U.S.C. §1692d which prohibits a debt collector from engaging in any conduct the natural consequence of which is to harass, oppress or abuse Plaintiff in connection with the connection of the alleged debt after Plaintiff advised Defendant not to call him at work.

17. Defendant's actions are in violation of 15 U.S.C. §1692d(5) by causing the telephone to ring with intent to annoy, abuse or harass Plaintiff after Plaintiff requested Defendant to stop calling him at work.

18. Plaintiff has been damaged and is entitled to relief.

**WHEREFORE**, Plaintiff, Derek Bess, requests that this Court enter judgment against the Defendant, and on behalf of Plaintiff as follows:

A. Declaring Defendant's actions, as described above, in violation of the FDCPA;

B. Granting Plaintiff actual damages pursuant to 15 USC §1692k(a)(1);

C. Granting Plaintiff statutory damages pursuant to 15 USC §1692k(a)(2)(A);

D. Granting Plaintiff an award for costs and reasonable attorneys' fees pursuant to 15 USC §1692k(a)(3);

E. Granting such other and further relief as may be just and proper.

## COUNT II
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

19. Plaintiff repeats and realleges the prior allegations as if fully set forth herein.

20. As a result of the foregoing actions, Defendant has violated §559.72(7) of the FCCPA by willfully engaging in conduct which can reasonably be expected to abuse or harass the debt or any member of his family when Defendant called Plaintiff after Plaintiff told them to stop calling him.

21. As a result, Plaintiff has been damaged and is entitled to relief.

**WHEREFORE**, Plaintiff, Derek Bess, requests that this Court enter judgment against the Defendant, and on behalf of Plaintiff as follows:

A. Statutory damages of $1,000.00 pursuant to Fla. Stat. §559.77(2)

B. Costs and reasonable attorneys' fees pursuant to §559.77(2)

C. Punitive damages and equitable relief, enjoining further violations, pursuant to §559.77(2)

D. Granting such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: September 19, 2017

                        Respectfully Submitted,

                        s/Marta Golani
                        Marta Golani, Esq.
                        Marta Golani, P.A.
                        FL Bar No. 37331
                        P.O. Box 398093
                        Miami Beach, FL 33239
                        (305) 928-4320
                        marta@golanilaw.com
                        Trial Counsel
                        Attorney for Plaintiff

                        Of Counsel to the Firm:
                        Law Offices of Michael Lupolover, P.C.
                        120 Sylvan Avenue, Suite 303
                        Englewood Cliffs, NJ 07632
                        Telephone: 201-461-0059
                        Fax:       201-608-7116
                        Email: rc@lupoloverlaw.com